JOHN DONOHUE, by MYLES DONOHUE, His Guardian ad Litem, Appellant, *v.* ERIE COUNTY SAVINGS BANK, Respondent.

MYLES DONOHUE, Appellant, *v.* ERIE COUNTY SAVINGS BANK, Respondent.

Submitted April 7, 1941; decided April 17, 1941.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 285 N. Y. 24.)

ETHEL M. WADDEY, Appellant, *v.* EVERETT WADDEY, JR., Respondent.

Submitted April 7, 1941; decided April 17, 1941.

MOTION to resettle order denying motion for leave to appeal granted to the extent of striking therefrom the provision for costs and necessary printing disbursements against the appellant and leave to submit upon the appeal now pending four printed copies of record on appeal in the Appellate Division, with additional necessary papers, in lieu of prescribed number of complete printed records, granted.

. Motion for reargument of motion for leave to appeal denied. (See 285 N. Y. 609.)